```
1  Dannette W. Allen
   West 1116 Riverside Avenue
2  Spokane, WA 99201-1194
   (509) 456-3123
3
4
5
                                           The Honorable Edward F. Shea
6
7            UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF WASHINGTON
8
    STEPHANIE M. HOGAN,            NO. CV-06-5078
9
                  Plaintiff,       STIPULATED JUDGMENT
10
11     v.

12  MICHAEL R. OGDEN; LINDA
    BEATH; and CORWIN KING, in
13  their individual and official
    capacities,
14
                 Defendants.
15
    Judgment Summary (RCW 4.64.030):
16
    Judgment Creditor(s):          STEPHANIE M. HOGAN
17
    Judgment Creditor(s)' Attorney(s):   KATRIN E. FRANK
18
    Judgment Debtor:               State of Washington
19
    Judgment Amount:               $32,500.00
20
    Pre-Judgment Interest:         $ none
21
    Post-Judgment Interest:        $ none

22  Taxable Costs and Attorney Fees: $ none
```

STIPULATED JUDGMENT          1        ATTORNEY GENERAL OF WASHINGTON
                                           West 1116 Riverside Avenue
                                           Spokane, WA 99201-1194
                                              (509) 456-3123

| | |
|---|---|
| 1 | THIS MATTER having come on regularly before the undersigned judge of |
| 2 | the above-entitled Court; and Plaintiff STEPHANIE M. HOGAN, acting by and |
| 3 | through Katrin E. Frank, Plaintiff's counsel and Defendants MICHAEL R. |
| 4 | OGDEN; LINDA BEATH; and CORWIN KING, acting by and through Robert |
| 5 | M. McKenna, Attorney General, and Dannette W. Allen, Assistant Attorney |
| 6 | General; and these parties having made a stipulation pursuant to RCW 4.92.150, |
| 7 | without any admissions of liability, settling and compromising this action against |
| 8 | the defendants and allowing for dismissal of this action with prejudice against |
| 9 | Defendants, and it appearing to the Court, after a review of the files and records |
| 10 | herein, that the sum of Thirty-two Thousand Five Hundred and No/100 Dollars |
| 11 | ($32,500.00) is a proper and just settlement to be paid by Defendant, State of |
| 12 | Washington, as follows:   Sixteen Thousand Two Hundred Fifty and No/100 |
| 13 | Dollars ($16,250.00) directly to Plaintiff AND Sixteen Thousand Two Hundred Fifty and No/100 Dollars ($16,250.00) directly to Attorney Kay Frank ; and the Court being fully advised, now, therefore, |
| 14 | IT IS HEREBY ORDERED That Plaintiff STEPHANIE M. HOGAN shall |
| 15 | have judgment against Defendant State of Washington for the total sum of Thirty-two Thousand Five Hundred and No/100 Dollars ($32,500.00) payable as |
| 16 | follows: Sixteen Thousand Two Hundred Fifty and No/100 Dollars ($16,250.00) |
| 17 | directly to Plaintiff AND Sixteen Thousand Two Hundred Fifty and No/100 |
| 18 | Dollars ($16,250.00) directly to Attorney Kay Frank.  Reasonable fees and costs |
| 19 | are included in this amount.  Additionally, any liens, subrogated interests, or |
| 20 | outstanding medical bills of which Plaintiffs' counsel has actual or constructive |
| 21 | notice prior to court approval of this settlement shall be resolved out of these |
| 22 | |

gross amounts, and defendants shall have no liability for any such liens, interest, or bills.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED That neither party shall recover against any other party their respective fees, costs, nor interest herein, except as set forth in the settlement agreement.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED That, pursuant to the provisions of RCW 4.92.160, the Defendant, State of Washington, shall pay the sum of Thirty-two Thousand Five Hundred and No/100 Dollars ($32,500.00) for the benefit of Plaintiff herein payable as follows: Sixteen Thousand Two Hundred Fifty and No/100 Dollars ($16,250.00) directly to Plaintiff AND Sixteen Thousand Two Hundred Fifty and No/100 Dollars ($16,250.00) directly to Attorney Kay Frank. Reasonable fees and costs are included in this amount. Upon receipt of said sum Plaintiff's counsel shall forthwith approve the presentment of the previously signed Stipulation and Order of Dismissal of this case with prejudice, and that said Order of Dismissal includes a satisfaction of judgment against the State of Washington.

DONE IN OPEN COURT this __10th__ day of October, 2008.

s/ Edward F. Shea
_____
THE HONORABLE EDWARD F. SHEA

| | | |
|---|---|---|
| 1 | Presented by: | Approved as to Form and Notice of Presentation Waived: |
| 2 | | |
| 3 | ROBERT M. MCKENNA<br>Attorney General | MacDONALD, HOAGUE & BAYLESS |
| 4 | | |
| 5 | | |
| 6 | ___/s/Dannette W. Allen___<br>DANNETTE W. ALLEN, | _____(signature)_____<br>KATRIN E. FRANK |
| 7 | WSBA # 15502<br>Assistant Attorney General | WSBA # 14786<br>Attorneys for Plaintiff |
| 8 | Attorneys for Ogden, Beath and King | 705 2nd Avenue, Suite 1500<br>Seattle, WA 98104-1745 |
| 9 | West 1116 Riverside Avenue<br>Spokane, Washington 99201-1194 | (206) 622-1604 – Telephone<br>(206) 343-3961 – Facsimile |
| 10 | (509) 456-3123 – Telephone<br>(509) 458-3548 – Facsimile | Kayf@mhb.com |
| 11 | DannetA@atg.wa.gov | |

## PROOF OF SERVICE

I certify that I electronically filed the above document using the CM ECF system which will send notification of such filing to the following:

Dannette W. Allen:  DannetA@atg.wa.gov, BobA@atg.wa.gov, torspoef@atg.wa.gov

Katrin E. Frank:  Kayf@mhb.com, colleenf@mhb.com, maryk@mhb.com, sharonm@mhb.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this _____ day of October, 2008, at Spokane, Washington.

ROBERT M. MCKENNA
Attorney General

/s/Dannette W. Allen
DANNETTE W. ALLEN, WSBA # 15502
Assistant Attorneys General
Attorneys for Ogden, Beath and King
West 1116 Riverside Avenue
Spokane, Washington  99201-1194
(509) 456-3123 – Telephone
(509) 458-3548– Facsimile
DannetA@atg.wa.gov