UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHANIE M. HOGAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL R. OGDEN; LINDA BEATH; and CORWIN KING, in their individual and official capacities,<br><br>    Defendants. | NO. CV-06-5078-EFS<br><br>**ORDER OF DISMISSAL** |

By Stipulation filed November 21, 2008 (Ct. Rec. 148), the parties advised the Court that the above-captioned matter should be dismissed with prejudice and without costs or fees, pursuant to Federal Rule of Civil Procedure 41.

Therefore, **IT IS ORDERED**:

1. The Amended Complaint **(Ct. Rec. 38)** is **DISMISSED with prejudice** and **without costs** or fees awarded to any party;

2. All pending trial and hearing dates are stricken;

3. All pending motions are denied as moot; and

4. This file shall be closed.

ORDER * 1

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter
2  this Order and distribute copies to counsel.

   **DATED** this 24th day of November 2008.

```
                         S/ Edward F. Shea
                         EDWARD F. SHEA
                    United States District Judge
```

Q:\Civil\2006\5078.Dismiss.wpd

ORDER * 2